No. —, original. EX PARTE THOMAS ET AL. November 13, 1933. The rule to show cause herein is discharged and the motion for leave to file petition for writ of mandamus is denied. *Mr. W. Bissell Thomas* for petitioners.

No. 529. COALE ET AL. *v.* PEARSON ET AL. Jurisdictional statement submitted November 11, 1933. Decided November 20, 1933. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Equitable Life Assurance Society* v. *Brown,* 187 U.S. 308, 311; *Roe* v. *Kansas,* 278 U.S. 191; *American Baseball Club* v. *Philadelphia, ante,* p. 595; *Atkin* v. *Kansas,* 191 U.S. 207, 222, 223; *Heim* v. *McCall,* 239 U.S. 175, 191; *Stephenson* v. *Binford,* 287 U.S. 251, 275, 276; *Waugh* v. *Mississippi University,* 237 U.S. 589, 596, 597; *United States* v. *MacIntosh,* 283 U.S. 605, 623, 624. *Mr. John H. Skeen* for appellants. *Mr. William Preston Lane, Jr.,* Attorney General of Maryland, and *Mr. Willis R. Jones* for appellees.